Motion by City of Yonkers for leave to appear amicus curiae on the motion for leave to appeal herein granted and the affidavit is accepted as filed.

In the Matter of VILLAGE OF HAVERSTRAW, Appellant. AAA ELECTRICIANS, INC., Respondent.

Submitted August 4, 2014; decided September 23, 2014

Motion by Community Initiatives Development Corporation for leave to appear amicus curiae on the motion for leave to appeal herein granted and the affidavit is accepted as filed.

In the Matter of VILLAGE OF HAVERSTRAW, Appellant. AAA ELECTRICIANS, INC., Respondent.

Submitted August 11, 2014; decided September 23, 2014

Motion by Village of Tarrytown for leave to appear amicus curiae on the motion for leave to appeal herein granted and the affidavit is accepted as filed.

In the Matter of VILLAGE OF HAVERSTRAW, Appellant. AAA ELECTRICIANS, INC., Respondent.

Submitted August 11, 2014; decided September 23, 2014

Motion by New York State Economic Development Council for leave to appear amicus curiae on the motion for leave to appeal herein granted and the affidavit is accepted as filed.

In the Matter of VILLAGE OF HAVERSTRAW, Appellant. AAA ELECTRICIANS, INC., Respondent.

Submitted August 11, 2014; decided September 23, 2014

Motion by City of Hornell for leave to appear amicus curiae on the motion for leave to appeal herein granted and the affidavit is accepted as filed.